UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MICHAEL GRECCO, et al.,

       Plaintiffs,                  17 Civ. 0889 (GHW)(AJP)

    -against-

                                     **ORDER OF DISMISSAL ON CONSENT**

HEARST COMMUNICATIONS, INC., et al.,

       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ANDREW J. PECK, United States Magistrate Judge:**

        Based on the settlement agreement reached by all parties and transcribed by the court reporter on October 18, 2017, and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs. Any pending motions are to be terminated as moot and all conferences are cancelled.

        SO ORDERED.

DATED:     New York, New York
              October 18, 2017

                                                 _____
                                               **Andrew J. Peck**
                                               United States Magistrate Judge

Copies **ECF** to:     All Counsel
                          Judge Woods

C:\ORD\DISMISS